**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: George May Jr    CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 22-10860 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

 Kindly enter my appearance on behalf of Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-WL3, Asset-Backed Certificates, Series 2006-WL3 and index same on the master mailing list.

       Respectfully submitted,

       /s/ *Rebecca Solarz*
       Rebecca Solarz
       07 Apr 2022, 09:38:09, EDT

       KML Law Group, P.C.
       701 Market Street, Suite 5000
       Philadelphia, PA 19106-1532
       (215) 627-1322