Certificate Number: 14912-PAE-DE-036478108

Bankruptcy Case Number: 22-10860



14912-PAE-DE-036478108

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 14, 2022, at 5:48 o'clock PM EDT, George May Jr completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  April 15, 2022         By:   /s/Jai Bhatt

                              Name: Jai Bhatt

                              Title: Counselor