IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**In re:**                             : Chpt 13
    George May                 :
                               :
                               : **Bankruptcy No: 22-10860-amc**
    *Debtor*

## **O R D E R**

    AND NOW, this _____ day of _____ 2022, upon consideration of Debtor's Motion, it is hereby,

    ORDERED AND DECREED that the Debtor shall be allowed an extension of time until 5/2/22, by which date all required documents must be filed.

BY THE COURT:

**Date: April 18, 2022**

_____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE