UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>George May, Jr.<br><br>Debtor | Chapter 13<br>Bankruptcy No.22-10860-AMC |

### CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 8th day of August, 2022, by first class mail upon those listed below:

George May, Jr.
8022 Lindbergh Blvd
Philadelphia, PA  19153

**Electronically via CM/ECF System Only:**

ERIK B JENSEN ESQ
JENSEN BAGNATO PC
1500 WALNUT ST  SUITE 1510
PHILADELPHIA, PA  19102-3500

 

/s/ Kristen Gliem
_____
Kristen Gliem
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee