| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 22-10860-AMC

| | |
|---|---|
| George May, Jr. | Petition Filed Date: 04/04/2022 |
| 8022 Lindbergh Blvd | 341 Hearing Date: 06/24/2022 |
| Philadelphia  PA    19153 | Confirmation Date: |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 07/27/2022 | $728.00 | 6115341429 | | | | | | |

**Total Receipts for the Period:  $728.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $728.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | ERIK B JENSEN ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | SENSIBLE AUTO LENDING, LLC<br>»» 001 | Secured Creditors | $15,293.96 | $0.00 | $0.00 |
| 2 | PA DEPARTMENT OF REVENUE<br>»» 02P | Priority Crediors | $353.07 | $0.00 | $0.00 |
| 3 | PA DEPARTMENT OF REVENUE<br>»» 02S | Secured Creditors | $35,508.20 | $0.00 | $0.00 |
| 4 | PA DEPARTMENT OF REVENUE<br>»» 02U | Unsecured Creditors | $83.50 | $0.00 | $0.00 |
| 5 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 003 | Unsecured Creditors | $11,452.40 | $0.00 | $0.00 |
| 6 | SELECT PORTFOLIO SERVICING INC<br>»» 004 | Mortgage Arrears | $67,325.74 | $0.00 | $0.00 |
| 7 | EDUCATIONAL CREDIT MGMT CORP<br>»» 005 | Unsecured Creditors | $2,712.50 | $0.00 | $0.00 |
| 8 | CITY OF PHILADELPHIA (LD)<br>»» 006 | Secured Creditors | $4,412.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 22-10860-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $728.00 | Current Monthly Payment: | $364.00 |
| Paid to Claims: | $0.00 | Arrearages: | $728.00 |
| Paid to Trustee: | $58.24 | Total Plan Base: | $21,840.00 |
| Funds on Hand: | $669.76 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.