## PERSONAL AND CHECK INFORMATION
GEORGE MAY
8022 LINDBERGH BLVD
PHILADELPHIA, PA 19153

Soc Sec #: XXX-XX-XXXX    Employee ID: 38489
Hire Date: 12/24/17
Status: PT
Filing Status:
Federal: H
State: PA, Single, 1
Dept: 402

Pay Period: 11/14/21 to 11/27/21
Check Date: 12/08/21    Check #: Direct Deposit

### NET PAY ALLOCATIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING 1 | 1034.95 | 21085.95 |
| Net Pay | 1034.95 | 21085.95 |

### EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR EARNING | 8.00 | 160.0000 | 1280.00 | 209.00 | 26138.00 |
| HOURS WORKED | 8.00 | | | 209.00 | |
| ADJ EARNINGS | | | 1280.00 | | 26138.00 |
| GROSS EARNINGS | 8.00 | | 1280.00 | 209.00 | 26138.00 |

### WITHHOLDINGS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 55.91 | 1181.41 |
| OASDI | 79.36 | 1620.55 |
| MEDICARE | 18.56 | 379.00 |
| STATE W/H PA | 39.30 | 802.46 |
| STATE SUI PA | 0.77 | 15.67 |
| PA 3000-PHILA | 49.15 | 1008.96 |
| PA 4183-LMAL1 | 2.00 | 44.00 |
| TOTAL | 245.05 | 5052.05 |

| NET PAY | CURRENT ($) | YTD ($) |
|---|---|---|
| | 1034.95 | 21085.95 |

*Payrolls by Paychex, Inc.*

**0426-P151** SUBSTITUTE TEACHER SERVICE, INC ▪ PO BOX 37 ▪ MEDIA, PA 19063 ▪

## PERSONAL AND CHECK INFORMATION

GEORGE MAY
8022 LINDBERGH BLVD
PHILADELPHIA, PA 19153

Soc Sec #: XXX-XX-XXXX    Employee ID: 38489
Hire Date: 12/24/17
Status: PT
Filing Status:
Federal: H
State: PA, Single, 1
Dept: 402

Pay Period: 11/28/21 to 12/11/21
Check Date: 12/22/21    Check #: Direct Deposit

### NET PAY ALLOCATIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING 1 | 1269.77 | 22355.72 |
| Net Pay | 1269.77 | 22355.72 |

### EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR EARNING | 10.00 | 160.0000 | 1600.00 | 219.00 | 27738.00 |
| HOURS WORKED | 10.00 | | | 219.00 | |
| ADJ EARNINGS | | | 1600.00 | | 27738.00 |
| GROSS EARNINGS | 10.00 | | 1600.00 | 219.00 | 27738.00 |

### WITHHOLDINGS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 94.31 | 1275.72 |
| OASDI | 99.20 | 1719.75 |
| MEDICARE | 23.20 | 402.20 |
| STATE W/H PA | 49.12 | 851.58 |
| STATE SUI PA | 0.96 | 16.63 |
| PA 3000-PHILA | 61.44 | 1070.40 |
| PA 4183-LMAL1 | 2.00 | 46.00 |
| TOTAL | 330.23 | 5382.28 |

| NET PAY | CURRENT ($) | YTD ($) |
|---|---|---|
| | 1269.77 | 22355.72 |

*Payrolls by Paychex, Inc.*

**0426-P151** SUBSTITUTE TEACHER SERVICE, INC ▪ PO BOX 37 ▪ MEDIA, PA 19063 ▪

## PERSONAL AND CHECK INFORMATION

GEORGE MAY
8022 LINDBERGH BLVD
PHILADELPHIA, PA 19153

**Soc Sec #:** XXX-XX-XXXX  **Employee ID:** 38489
**Hire Date:** 12/24/17
**Status:** PT
**Filing Status:**
Federal: H
State: PA, Single, 1
**Dept:** 402

**Pay Period:** 12/12/21 to 12/25/21
**Check Date:** 12/29/21    **Check #:** Direct Deposit

### NET PAY ALLOCATIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING 1 | 0.00 | 22355.72 |
| Net Pay | 0.00 | 22355.72 |

### EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR EARNING | | | | 219.00 | 27738.00 |
| HOURS WORKED | | | | 219.00 | |
| ADJ EARNINGS | | | | | 27738.00 |
| GROSS EARNINGS | | | | 219.00 | 27738.00 |

### WITHHOLDINGS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | | 1275.72 |
| OASDI | | 1719.75 |
| MEDICARE | | 402.20 |
| STATE W/H PA | | 851.58 |
| STATE SUI PA | | 16.63 |
| PA 3000-PHILA | | 1070.40 |
| PA 4183-LMAL1 | | 46.00 |
| **TOTAL** | 0.00 | 5382.28 |

| NET PAY | CURRENT ($) | YTD ($) |
|---|---|---|
| | 0.00 | 22355.72 |

*Payrolls by Paychex, Inc.*

**0426-P151** SUBSTITUTE TEACHER SERVICE, INC ▪ PO BOX 37 ▪ MEDIA, PA 19063 ▪

## PERSONAL AND CHECK INFORMATION

GEORGE MAY
8022 LINDBERGH BLVD
PHILADELPHIA, PA 19153

Soc Sec #: XXX-XX-XXXX   Employee ID: 38489
Hire Date: 12/24/17
Status: PT
Filing Status:
Federal: H
State: PA, Single, 1
Dept: 402

Pay Period: 12/12/21 to 12/25/21
Check Date: 01/05/22   Check #: Direct Deposit

### NET PAY ALLOCATIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING 1 | 1155.49 | 1155.49 |
| Net Pay | 1155.49 | 1155.49 |

### EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR EARNING | 9.00 | 160.0000 | 1440.00 | 9.00 | 1440.00 |
| HOURS WORKED | 9.00 | | | 9.00 | |
| ADJ EARNINGS | | | 1440.00 | | 1440.00 |
| GROSS EARNINGS | 9.00 | | 1440.00 | 9.00 | 1440.00 |

### WITHHOLDINGS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 71.99 | 71.99 |
| OASDI | 89.28 | 89.28 |
| MEDICARE | 20.88 | 20.88 |
| STATE W/H PA | 44.21 | 44.21 |
| STATE SUI PA | 0.86 | 0.86 |
| PA 3000-PHILA | 55.29 | 55.29 |
| PA 4183-LMAL1 | 2.00 | 2.00 |
| TOTAL | 284.51 | 284.51 |

| NET PAY | CURRENT ($) | YTD ($) |
|---|---|---|
| | 1155.49 | 1155.49 |

Payrolls by Paychex, Inc.
0426-P151 SUBSTITUTE TEACHER SERVICE, INC ▪ PO BOX 37 ▪ MEDIA, PA 19063 ▪

**PERSONAL AND CHECK INFORMATION**
GEORGE MAY
8022 LINDBERGH BLVD
PHILADELPHIA, PA 19153

Soc Sec #: XXX-XX-XXXX    Employee ID: 38489
Hire Date: 12/24/17
Status: PT
Filing Status:
Federal: H
State: PA, Single, 1
Dept: 402

Pay Period: 12/26/21 to 01/08/22
Check Date: 01/19/22    Check #: Direct Deposit

**NET PAY ALLOCATIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING 1 | 407.82 | 1563.31 |
| Net Pay | 407.82 | 1563.31 |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR EARNING | 3.00 | 160.0000 | 480.00 | 12.00 | 1920.00 |
| HOURS WORKED | 3.00 | | | 12.00 | |
| ADJ EARNINGS | | | 480.00 | | 1920.00 |
| GROSS EARNINGS | 3.00 | | 480.00 | 12.00 | 1920.00 |

**WITHHOLDINGS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | | 71.99 |
| OASDI | 29.76 | 119.04 |
| MEDICARE | 6.96 | 27.84 |
| STATE W/H PA | 14.74 | 58.95 |
| STATE SUI PA | 0.29 | 1.15 |
| PA 3000-PHILA | 18.43 | 73.72 |
| PA 4183-LMAL1 | 2.00 | 4.00 |
| TOTAL | 72.18 | 356.69 |

| NET PAY | CURRENT ($) | YTD ($) |
|---|---|---|
| | 407.82 | 1563.31 |

Payrolls by Paychex, Inc.
0426-P151 SUBSTITUTE TEACHER SERVICE, INC ▪ PO BOX 37 ▪ MEDIA, PA 19063 ▪

## PERSONAL AND CHECK INFORMATION

GEORGE MAY
8022 LINDBERGH BLVD
PHILADELPHIA, PA 19153

Soc Sec #: XXX-XX-XXXX    Employee ID: 38489
Hire Date: 12/24/17
Status: PT
Filing Status:
Federal: H
State: PA, Single, 1
Dept: 402

Pay Period: 01/09/22 to 01/22/22
Check Date: 02/02/22    Check #: Direct Deposit

### NET PAY ALLOCATIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING 1 | 916.88 | 2480.19 |
| Net Pay | 916.88 | 2480.19 |

### EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR EARNING | 7.00 | 160.0000 | 1120.00 | 19.00 | 3040.00 |
| HOURS WORKED | 7.00 | | | 19.00 | |
| ADJ EARNINGS | | | 1120.00 | | 3040.00 |
| GROSS EARNINGS | 7.00 | | 1120.00 | 19.00 | 3040.00 |

### WITHHOLDINGS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 37.38 | 109.37 |
| OASDI | 69.44 | 188.48 |
| MEDICARE | 16.24 | 44.08 |
| STATE W/H PA | 34.38 | 93.33 |
| STATE SUI PA | 0.67 | 1.82 |
| PA 3000-PHILA | 43.01 | 116.73 |
| PA 4183-LMAL1 | 2.00 | 6.00 |
| TOTAL | 203.12 | 559.81 |

| NET PAY | CURRENT ($) | YTD ($) |
|---|---|---|
| | 916.88 | 2480.19 |

*Payrolls by Paychex, Inc.*

**0426-P151** SUBSTITUTE TEACHER SERVICE, INC ▪ PO BOX 37 ▪ MEDIA, PA 19063 ▪

**PERSONAL AND CHECK INFORMATION**
GEORGE MAY
8022 LINDBERGH BLVD
PHILADELPHIA, PA 19153

Soc Sec #: XXX-XX-XXXX   Employee ID: 38489
Hire Date: 12/24/17
Status: PT
Filing Status:
Federal: H
State: PA, Single, 1
Dept: 402

Pay Period: 01/09/22 to 01/22/22
Check Date: 02/09/22   Check #: Direct Deposit

**NET PAY ALLOCATIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING 1 | 281.75 | 2761.94 |
| Net Pay | 281.75 | 2761.94 |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR EARNING | 2.00 | 165.0000 | 330.00 | 21.00 | 3370.00 |
| **HOURS WORKED** | 2.00 | | | 21.00 | |
| **ADJ EARNINGS** | | | 330.00 | | 3370.00 |
| **GROSS EARNINGS** | 2.00 | | 330.00 | 21.00 | 3370.00 |

**WITHHOLDINGS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | | 109.37 |
| OASDI | 20.46 | 208.94 |
| MEDICARE | 4.79 | 48.87 |
| STATE W/H PA | 10.13 | 103.46 |
| STATE SUI PA | 0.20 | 2.02 |
| PA 3000-PHILA | 12.67 | 129.40 |
| PA 4183-LMAL1 | | 6.00 |
| **TOTAL** | 48.25 | 608.06 |

| NET PAY | CURRENT ($) | YTD ($) |
|---|---|---|
| | 281.75 | 2761.94 |

*Payrolls by Paychex, Inc.*
**0426-P151** SUBSTITUTE TEACHER SERVICE, INC  ▪  PO BOX 37  ▪  MEDIA, PA 19063

## PERSONAL AND CHECK INFORMATION

GEORGE MAY
8022 LINDBERGH BLVD
PHILADELPHIA, PA 19153

Soc Sec #: XXX-XX-XXXX    Employee ID: 38489
Hire Date: 12/24/17
Status: PT
Filing Status:
Federal: H
State: PA, Single, 1
Dept: 402

Pay Period: 01/23/22 to 02/05/22
Check Date: 02/16/22    Check #: Direct Deposit

### NET PAY ALLOCATIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING 1 | 1188.51 | 3950.45 |
| Net Pay | 1188.51 | 3950.45 |

### EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR EARNING | 9.00 | 165.0000 | 1485.00 | 30.00 | 4855.00 |
| HOURS WORKED | 9.00 | | | 30.00 | |
| ADJ EARNINGS | | | 1485.00 | | 4855.00 |
| GROSS EARNINGS | 9.00 | | 1485.00 | 30.00 | 4855.00 |

### WITHHOLDINGS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 77.39 | 186.76 |
| OASDI | 92.07 | 301.01 |
| MEDICARE | 21.53 | 70.40 |
| STATE W/H PA | 45.59 | 149.05 |
| STATE SUI PA | 0.89 | 2.91 |
| PA 3000-PHILA | 57.02 | 186.42 |
| PA 4183-LMAL1 | 2.00 | 8.00 |
| TOTAL | 296.49 | 904.55 |

| NET PAY | CURRENT ($) | YTD ($) |
|---|---|---|
| | 1188.51 | 3950.45 |

Payrolls by Paychex, Inc.
**0426-P151** SUBSTITUTE TEACHER SERVICE, INC ▪ PO BOX 37 ▪ MEDIA, PA 19063 ▪

**PERSONAL AND CHECK INFORMATION**
GEORGE MAY
8022 LINDBERGH BLVD
PHILADELPHIA, PA 19153

Soc Sec #: XXX-XX-XXXX    Employee ID: 38489
Hire Date: 12/24/17
Status: PT
Filing Status:
Federal: H
State: PA, Single, 1
Dept: 402

Pay Period: 02/06/22 to 02/19/22
Check Date: 03/02/22    Check #: Direct Deposit

**NET PAY ALLOCATIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING 1 | 1188.51 | 5138.96 |
| Net Pay | 1188.51 | 5138.96 |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR EARNING | 9.00 | 165.0000 | 1485.00 | 39.00 | 6340.00 |
| HOURS WORKED | 9.00 | | | 39.00 | |
| ADJ EARNINGS | | | 1485.00 | | 6340.00 |
| GROSS EARNINGS | 9.00 | | 1485.00 | 39.00 | 6340.00 |

**WITHHOLDINGS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 77.39 | 264.15 |
| OASDI | 92.07 | 393.08 |
| MEDICARE | 21.53 | 91.93 |
| STATE W/H PA | 45.59 | 194.64 |
| STATE SUI PA | 0.89 | 3.80 |
| PA  3000-PHILA | 57.02 | 243.44 |
| PA  4183-LMAL1 | 2.00 | 10.00 |
| TOTAL | 296.49 | 1201.04 |

| NET PAY | CURRENT ($) | YTD ($) |
|---|---|---|
| | 1188.51 | 5138.96 |

*Payrolls by Paychex, Inc.*
**0426-P151** SUBSTITUTE TEACHER SERVICE,INC  ▪  PO BOX 37  ▪  MEDIA, PA 19063  ▪

## PERSONAL AND CHECK INFORMATION

GEORGE MAY
8022 LINDBERGH BLVD
PHILADELPHIA, PA 19153

Soc Sec #: XXX-XX-XXXX    Employee ID: 38489
Hire Date: 12/24/17
Status: PT
Filing Status:
Federal: H
State: PA, Single, 1
Dept: 402

Pay Period: 02/20/22 to 03/05/22
Check Date: 03/16/22    Check #: Direct Deposit

### NET PAY ALLOCATIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING 1 | 1188.51 | 6327.47 |
| Net Pay | 1188.51 | 6327.47 |

### EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR EARNING | 9.00 | 165.0000 | 1485.00 | 48.00 | 7825.00 |
| HOURS WORKED | 9.00 | | | 48.00 | |
| ADJ EARNINGS | | | 1485.00 | | 7825.00 |
| GROSS EARNINGS | 9.00 | | 1485.00 | 48.00 | 7825.00 |

### WITHHOLDINGS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 77.39 | 341.54 |
| OASDI | 92.07 | 485.15 |
| MEDICARE | 21.53 | 113.46 |
| STATE W/H PA | 45.59 | 240.23 |
| STATE SUI PA | 0.89 | 4.69 |
| PA 3000-PHILA | 57.02 | 300.46 |
| PA 4183-LMAL1 | 2.00 | 12.00 |
| TOTAL | 296.49 | 1497.53 |

### NET PAY

| | CURRENT ($) | YTD ($) |
|---|---|---|
| | 1188.51 | 6327.47 |

*Payrolls by Paychex, Inc.*
**0426-P151** SUBSTITUTE TEACHER SERVICE,INC ▪ PO BOX 37 ▪ MEDIA, PA 19063 ▪

## PERSONAL AND CHECK INFORMATION

GEORGE MAY
8022 LINDBERGH BLVD
PHILADELPHIA, PA 19153

Soc Sec #: XXX-XX-XXXX    Employee ID: 38489
Hire Date: 12/24/17
Status: PT
Filing Status:
Federal: H
State: PA, Single, 1
Dept: 402

Pay Period: 03/06/22 to 03/19/22
Check Date: 03/30/22    Check #: Direct Deposit

## NET PAY ALLOCATIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING 1 | 943.26 | 7270.73 |
| Net Pay | 943.26 | 7270.73 |

## EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR EARNING | 7.00 | 165.0000 | 1155.00 | 55.00 | 8980.00 |
| HOURS WORKED | 7.00 | | | 55.00 | |
| ADJ EARNINGS | | | 1155.00 | | 8980.00 |
| GROSS EARNINGS | 7.00 | | 1155.00 | 55.00 | 8980.00 |

## WITHHOLDINGS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 40.88 | 382.42 |
| OASDI | 71.61 | 556.76 |
| MEDICARE | 16.75 | 130.21 |
| STATE W/H PA | 35.46 | 275.69 |
| STATE SUI PA | 0.69 | 5.38 |
| PA 3000-PHILA | 44.35 | 344.81 |
| PA 4183-LMAL1 | 2.00 | 14.00 |
| TOTAL | 211.74 | 1709.27 |

| NET PAY | CURRENT ($) | YTD ($) |
|---|---|---|
| | 943.26 | 7270.73 |

Payrolls by Paychex, Inc.
**0426-P151** SUBSTITUTE TEACHER SERVICE, INC ▪ PO BOX 37 ▪ MEDIA, PA 19063 ▪

UPPER DARBY SCHOOL DISTRICT
4611 BOND AVENUE
DREXEL HILL,PA 19026-4592

Date 4/1/2022   528057

  Amount  

PAY THE SUM OF *******1,134 DOLLARS AND 31 CENTS

To the Order of:
GEORGE MAY JR
8022 LINDBERGH BLVD
PHILADELPHIA, PA
19153

CREATED BY EMPLOYEE ACCESS CENTER
**Statement of Earnings and Deductions**

| Location | Employee No. | Period Ending | Check No. | Check Date |
|---|---|---|---|---|
| 51 | 107280 | 4/1/2022 | 528057 | 4/1/2022 |

| Earnings | | | | | Employee Deductions | | | Employer Contributions | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Current | Year to Date | Description | Current | Year to Date | Current | Year to Date |
| REGULAR PAYRO | | | 1,411.19 | 1,411.19 | FICA | 87.49 | 87.49 | 87.49 | 87.49 |
| | | | | | MEDICARE | 20.46 | 20.46 | 20.46 | 20.46 |
| | | | | | FED TAX | 68.57 | 68.57 | .00 | 0.00 |
| | | | | | STATE TAX | 43.32 | 43.32 | .00 | 0.00 |
| | | | | | LOCAL TAX | 54.19 | 54.19 | .00 | 0.00 |
| | | | | | PA UC | 0.85 | 0.85 | .00 | 0.00 |
| | | | | | UD LST 10 | 2.00 | 2.00 | .00 | 0.00 |
| **Totals** | 0.00 | | 1411.19 | 1,411.19 | **Totals** | 276.88 | 276.88 | 107.95 | 107.95 |

| Leave | Earned | Taken | End Balance |
|---|---|---|---|
| ILLNESS | 3.00 | 0.00 | 3.00 |
| PERSONAL | 0.50 | 0.00 | 0.50 |

**Net Pay**   1,134.31

Employee: GEORGE MAY

Tax Information:
|  | Fed | State |
|---|---|---|
| MARITAL STATUS | H | S |
| EXEMPTIONS | | 0 |

**Notes:**

UPPER DARBY SCHOOL DISTRICT
4611 BOND AVENUE
DREXEL HILL, PA 19026-4592

Date 4/15/2022   528074

PAY THE SUM OF *******1,207 DOLLARS AND 69 CENTS    Amount  1,207.69*




To the Order of:
GEORGE MAY JR
8022 LINDBERGH BLVD
PHILADELPHIA, PA
19153

CREATED BY EMPLOYEE ACCESS CENTER

**Statement of Earnings and Deductions**

| Location | Employee No. | Period Ending | Check No. | Check Date |
|---|---|---|---|---|
| 51 | 107280 | 4/15/2022 | 528074 | 4/15/2022 |

| Earnings | | | | | Employee Deductions | | | Employer Contributions | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Current | Year to Date | Description | Current | Year to Date | Current | Year to Date |
| REGULAR PAYRO | | | 1,411.19 | 2,822.38 | FICA | 93.69 | 181.18 | 93.69 | 181.18 |
| CLASS COVERAG | 4.00 | 25.00 | 100.00 | 100.00 | MEDICARE | 21.91 | 42.37 | 21.91 | 42.37 |
| | | | | | FED TAX | 80.57 | 149.14 | .00 | 0.00 |
| | | | | | STATE TAX | 46.39 | 89.71 | .00 | 0.00 |
| | | | | | LOCAL TAX | 58.03 | 112.22 | .00 | 0.00 |
| | | | | | PA UC | 0.91 | 1.76 | .00 | 0.00 |
| | | | | | UD LST 10 | 2.00 | 4.00 | .00 | 0.00 |
| **Totals** | 4.00 | | 1511.19 | 2,922.38 | **Totals** | 303.50 | 580.38 | 115.60 | 223.55 |

| Leave | Earned | Taken | End Balance |
|---|---|---|---|
| ILLNESS | 3.00 | 1.00 | 2.00 |
| PERSONAL | 0.50 | 0.00 | 0.50 |

**Net Pay**: 1,207.69

Employee: GEORGE MAY

Tax Information
| | Fed | State |
|---|---|---|
| MARITAL STATUS | H | S |
| EXEMPTIONS | | 0 |

**Notes:**