United States Bankruptcy Court

Eastern District of Pennsylvania

In re: |  | Case No. 22-10860-amc
---|---|---
George May, Jr. |  | Chapter 13
 Debtor |  |

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 2
---|---|---
Date Rcvd: Dec 14, 2022 | Form ID: 155 | Total Noticed: 14

The following symbols are used throughout this certificate:
**Symbol    Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 16, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | George May, Jr., 8022 Lindbergh Blvd, Philadelphia, PA 19153-1601 |
| 14688867 | + | Commonwealth of PA , Dept of Revenue, c/o Christopher Momjian, Senior Deputy A, The Phoenix Building, 1600 Arch Street, Suite 300, Philadelphia, PA 19103-2016 |
| 14682689 | + | Deutsche Bank National Trust Company, c/o Rebecca Solarz, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, Pa 19106-1541 |
| 14681594 | + | Sensible Auto Finance, 44 Old Ridgebury Rd, Ste 100, DANBURY CT 06810-5259 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14682617 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 15 2022 00:26:37 | Ally Financial, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14698578 | | Email/Text: megan.harper@phila.gov | Dec 15 2022 00:20:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14681367 | + | Email/Text: bankruptcy@consumerportfolio.com | Dec 15 2022 00:20:00 | Consumer Portfolio Services, Inc., Attn: Bankruptcy, Po Box 57071, Irvine, CA 92619-7071 |
| 14694917 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Dec 15 2022 00:20:00 | Deutsche Bank National Trust Company, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 14696716 | | Email/Text: ECMCBKNotices@ecmc.org | Dec 15 2022 00:20:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 14691845 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 15 2022 00:20:00 | JCAP Funding LLC, PO Box 8001, St. Cloud MN 56302-8001 |
| 14705619 | | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 15 2022 00:20:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 14681930 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 15 2022 00:20:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 14681368 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Dec 15 2022 00:20:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 14681369 | + | Email/Text: support@sensibleauto.com | Dec 15 2022 00:20:00 | Sensible Auto Lending, 275 Middlesex Turnpike, Old Saybrook, CT 06475-4209 |

TOTAL: 10

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Dec 14, 2022 | Form ID: 155 | Total Noticed: 14

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2022    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 14, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Deutsche Bank National Trust Company as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-WL3, Asset-Backed Certificates, Series 2006-WL3 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| CHRISTOPHER R. MOMJIAN | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue crmomjian@attorneygeneral.gov |
| ERIK B. JENSEN | on behalf of Debtor George May Jr. erik@jensenbagnatolaw.com, jordan@jensenbagnatolaw.com;jennifer@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: George May, Jr.
    Debtor(s)

Chapter: 13
Bankruptcy No: 22−10860−amc

___

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this December 14, 2022 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

    Ashely M. Chan
    Judge ,
    United States Bankruptcy Court

45
Form 155