

June 15, 2023

U.S. Bankruptcy Court
Robert N.C. Nix Building
900 Market Street, Suite 400
Philadelphia, PA 19107

Dear Applicable Audience:

Please allow this particular correspondence to serve as my position to continue in the present status of my **Bankruptcy Agreement (#22-10860-AMC)**.

At the time of this particular correspondence, my payment responsibilities are the following: **April 2023 ($392.00), May 2023 ($392.00)** and **June 2023 ($392.00).**

I have been in contact and spoken with the office of/for the Standing Chapter 13 Trustee (Scott F. Waterman, Esq.) and verbally articulated my immediate plan of action to become current and in good standing.

I am a Teacher and Single Parent and admittedly experiencing some financial challenges.

However, keeping and remaining in my home is my top priority.

Please see my position proposal:

April 2023 ($392.00) & May 2023 ($392.00) to be paid by week ending (June 23, 2023).

June 2023 ($392.00) to be paid on/before (July 7, 2023).

Cc: Ann Swartz, Esq.
    Scott F. Waterman, Esq.
    Standing Chapter 13 Trustee
    2901 St. Lawrence Avenue, Suite 100
    Reading, PA 19606

George May
8022 Lindbergh Blvd.
Philadelphia, PA 19153-1601
215-492-4710

*George May* (signature)