| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
### Chapter 13 Case No. 22-10860-AMC

George May, Jr.  
8022 Lindbergh Blvd  
Philadelphia  PA    19153

Petition Filed Date: 04/04/2022  
341 Hearing Date: 06/24/2022  
Confirmation Date: 12/14/2022

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/23/2022 | $728.00 | 6115341676 | 10/18/2022 | $364.00 | 19423574093 | 12/13/2022 | $784.00 | 611656462 |
| 03/07/2023 | $500.00 | 19498708389 | 03/07/2023 | $284.00 | 19498708390 | 06/30/2023 | $392.00 | 6118856973 |
| 07/11/2023 | $392.00 | 6118817400 | | | | | | |

**Total Receipts for the Period: $3,444.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $4,172.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | ERIK B JENSEN ESQ | Attorney Fees | $3,650.00 | $3,650.00 | $0.00 |
| 1 | SENSIBLE AUTO LENDING, LLC<br>»»  001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | PA DEPARTMENT OF REVENUE<br>»»  02P | Priority Crediors | $353.07 | $180.40 | $172.67 |
| 3 | PA DEPARTMENT OF REVENUE<br>»»  02S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | PA DEPARTMENT OF REVENUE<br>»»  02U | Unsecured Creditors | $83.50 | $0.00 | $83.50 |
| 5 | JEFFERSON CAPITAL SYSTEMS LLC<br>»»  003 | Unsecured Creditors | $11,452.40 | $0.00 | $11,452.40 |
| 6 | SELECT PORTFOLIO SERVICING INC<br>»»  004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | EDUCATIONAL CREDIT MGMT CORP<br>»»  005 | Unsecured Creditors | $2,712.50 | $0.00 | $2,712.50 |
| 8 | CITY OF PHILADELPHIA (LD)<br>»»  006 | Secured Creditors | $4,412.00 | $0.00 | $4,412.00 |

**Chapter 13 Case No. 22-10860-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,172.00 | Current Monthly Payment: | $392.00 |
| Paid to Claims: | $3,830.40 | Arrearages: | $1,176.00 |
| Paid to Trustee: | $341.60 | Total Plan Base: | $22,596.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.