Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024  
**Chapter 13 Case No. 22-10860-AMC**

George May, Jr.  
8022 Lindbergh Blvd  
Philadelphia  PA   19153

Petition Filed Date: 04/04/2022  
341 Hearing Date: 06/24/2022  
Confirmation Date: 12/14/2022

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 09/19/2023 | $392.00 | 6118817886 | 09/19/2023 | $784.00 | 6118817877 | 10/02/2023 | $392.00 | 6120288072 |
| 10/25/2023 | $392.00 | 6120362196 | 11/14/2023 | $392.00 | 6120362403 | 01/31/2024 | $392.00 | 6120363024 |
| 01/31/2024 | $392.00 | 6120363033 | 03/13/2024 | $392.00 | 6120363618 | 03/13/2024 | $392.00 | 6120363600 |
| 05/21/2024 | $392.00 | 6120974376 | 05/21/2024 | $392.00 | 6120974385 | 07/22/2024 | $392.00 | 6121250235 |
| 07/22/2024 | $392.00 | 6121250226 | | | | | | |

**Total Receipts for the Period:  $5,488.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $9,660.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | ERIK B JENSEN ESQ | Attorney Fees | $3,650.00 | $3,650.00 | $0.00 |
| 1 | SENSIBLE AUTO LENDING, LLC<br>»»  001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | PA DEPARTMENT OF REVENUE<br>»»  02P | Priority Crediors | $353.07 | $353.07 | $0.00 |
| 3 | PA DEPARTMENT OF REVENUE<br>»»  02S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | PA DEPARTMENT OF REVENUE<br>»»  02U | Unsecured Creditors | $83.50 | $0.00 | $83.50 |
| 5 | JEFFERSON CAPITAL SYSTEMS LLC<br>»»  003 | Unsecured Creditors | $11,452.40 | $124.91 | $11,327.49 |
| 6 | SELECT PORTFOLIO SERVICING INC<br>»»  004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | EDUCATIONAL CREDIT MGMT CORP<br>»»  005 | Unsecured Creditors | $22,046.41 | $240.47 | $21,805.94 |
| 8 | CITY OF PHILADELPHIA (LD)<br>»»  006 | Secured Creditors | $4,412.00 | $4,412.00 | $0.00 |

**Chapter 13 Case No. 22-10860-AMC**

### SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $9,660.00 | Current Monthly Payment: | $392.00 |
| Paid to Claims: | $8,780.45 | Arrearages: | $392.00 |
| Paid to Trustee: | $878.64 | Total Plan Base: | $22,596.00 |
| Funds on Hand: | $0.91 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.