**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:<br><br>    George May, Jr.,<br><br>                Debtor | Chapter 13<br><br>Bankruptcy No. 22-10860-amc |

**Withdrawal of Appearance**

To the Clerk of Court:

    Please withdraw my appearance as counsel for the Debtor in this matter.

Date: November 11, 2024

JENSEN BAGNATO, P.C.
Outgoing Counsel for Debtor

By: /s/ Erik B. Jensen
    Erik B. Jensen, Esquire
    Attorney ID #40330
    1500 Walnut Street, Suite 1510
    Philadelphia, PA 19102
    215-546-4700
    erik@jensenbagnatolaw.com

**Entry of Appearance**

To the Clerk of Court:

    Please enter my appearance as counsel for the Debtors in this matter.

Date: November 11, 2024

CIBIK LAW, P.C.
Counsel for Debtor

By: /s/ Michael A. Cibik
    Michael A. Cibik, Esquire
    Attorney ID #23110
    1500 Walnut Street, Suite 900
    Philadelphia, PA 19102
    215-735-1060
    cibik@cibiklaw.com