UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    George May, Jr.<br><br>    Debtor | Chapter 13<br><br>Bankruptcy No. 22-10860-AMC |

CERTIFICATE OF SERVICE

    I, Kristen Gliem, do hereby certify that true and correct copies of the foregoing *Trustee's Motion to Dismiss Pursuant to 11 U.S.C. Section 1307* and *Notice of Motion, Response Deadline and Hearing Date Pursuant to Local Bankruptcy Rule 9014-3* have been served this 12th day of June, 2025 by first class mail upon those listed below:

George May, Jr.
8022 Lindbergh Blvd
Philadelphia, PA  19153

**Electronically via ECF/System ONLY:**

CIBIK LAW, PC


Office of the United States Trustee


                                      */s/ Kristen Gliem*
                                      Kristen Gliem
                                      for
                                      Scott F. Waterman, Esq.
                                      Standing Chapter 13 Trustee