# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
## PHILADELPHIA DIVISION

| | |
|---|---|
| **In re:**<br><br>**George May, Jr.,**<br>      Debtor<br><br>**Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-WL3, Asset-Backed Certificates, Series 2006-WL3**<br>      Movant<br>v.<br>**George May, Jr.,**<br>      Debtor/Respondent<br><br>**Scott F. Waterman,**<br>      Trustee/Respondent | **Bankruptcy No. 22-10860-amc**<br><br>**Chapter 13** |

## ORDER OF COURT

AND NOW, this _____ day of _____, 20__, upon consideration of Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-WL3, Asset-Backed Certificates, Series 2006-WL3's Motion for Relief from Automatic Stay, pursuant to 11 U.S.C. § 362(d), any response thereto and that it is not necessary for an effective reorganization, it is hereby

ORDERED, that the automatic stay provisions of Section 362 of the Bankruptcy Code are hereby unconditionally terminated with respect to Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-WL3, Asset-Backed Certificates, Series 2006-WL3; and it is further

ORDERED, that Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-WL3, Asset-Backed Certificates, Series 2006-WL3, its successor and/or assigns are entitled to proceed with appropriate state court remedies against the property located at 8022 Lindbergh Boulevard, Philadelphia, PA 19153, including without limitation a sheriff's sale of the property.

                                          **BY THE COURT**

_____
**HON. Ashely M. Chan**
**U.S. Bankruptcy Court Judge**