# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA
# PHILADELPHIA DIVISION

| | |
|---|---|
| In re:<br><br>George May, Jr.,<br>     Debtor.<br><br>Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-WL3, Asset-Backed Certificates, Series 2006-WL3,<br>     Movant,<br>      v.<br>George May, Jr.,<br>     Debtor/Respondent,<br><br>Scott F. Waterman,<br>     Trustee/Additional Respondent. | Bankruptcy No. 22-10860-amc<br><br>Chapter 13 |

## CERTIFICATE OF SERVICE

     **I HEREBY CERTIFY** that on June 30, 2025, I caused the foregoing Certificate of Default to be filed with the Clerk of Court via the CM/ECF system, and also caused a true and correct copy to be served via CM/ECF or to the following parties:

George May, Jr.
8022 Lindbergh Blvd.
Philadelphia, PA 19153

MICHAEL A. CIBIK, ESQ.
Cibik Law, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102

SCOTT F. WATERMAN
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100

Reading, PA 19606

FREDERIC J. BAKER
Assistant United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107

Robertson, Anschutz, Schneid, Crane & Partners, PLLC
Attorneys for Secured Creditor
13010 Morris Rd, Suite 450
Alpharetta, GA 30004
Telephone: 470-321-7113
By: /s/ Sherri R. Dicks
Sherri R. Dicks, Esq.
PA Bar Number  90600
Email: sdicks@raslg.com