Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025  
**Chapter 13 Case No. 22-10860-AMC**

George May, Jr.  
8022 Lindbergh Blvd  
Philadelphia  PA   19153

Petition Filed Date: 04/04/2022  
341 Hearing Date: 06/24/2022  
Confirmation Date: 12/14/2022

Case Status: Dismissed After Confirmation on 7/24/2025

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 09/17/2024 | $392.00 | 6121250676 | 10/22/2024 | $392.00 | 6121250973 | 12/11/2024 | $392.00 | 6121251441 |
| 12/11/2024 | $392.00 | 6121251432 | 02/10/2025 | $392.00 | 6121251873 | 04/01/2025 | $392.00 | 6122000601 |
| 04/01/2025 | $392.00 | 6122000610 | 04/01/2025 | $392.00 | 6122000628 | 06/24/2025 | $392.00 | 6122001627 |
| 07/14/2025 | $392.00 | 612200175 | 07/22/2025 | $392.00 | 6122001843 | | | |

**Total Receipts for the Period:  $4,312.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $13,972.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | ERIK B JENSEN ESQ | Attorney Fees | $3,650.00 | $3,650.00 | $0.00 |
| 1 | SENSIBLE AUTO LENDING, LLC  »» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | PA DEPARTMENT OF REVENUE  »» 02P | Priority Creditors | $353.07 | $353.07 | $0.00 |
| 3 | PA DEPARTMENT OF REVENUE  »» 02S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | PA DEPARTMENT OF REVENUE  »» 02U | Unsecured Creditors | $83.50 | $0.00 | $83.50 |
| 5 | JEFFERSON CAPITAL SYSTEMS LLC  »» 003 | Unsecured Creditors | $11,452.40 | $1,363.47 | $10,088.93 |
| 6 | SELECT PORTFOLIO SERVICING INC  »» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | EDUCATIONAL CREDIT MGMT CORP  »» 005 | Unsecured Creditors | $22,046.41 | $2,624.76 | $19,421.65 |
| 8 | CITY OF PHILADELPHIA (LD)  »» 006 | Secured Creditors | $4,412.00 | $4,412.00 | $0.00 |
| 0 | CIBIK LAW, PC | Attorney Fees | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 22-10860-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $13,972.00 | Current Monthly Payment: | $392.00 |
| Paid to Claims: | $12,403.30 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,188.32 | Total Plan Base: | $22,596.00 |
| Funds on Hand: | $380.38 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.