# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: George May Jr** <br>                        **Debtor(s)** <br><br> **Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-WL3, Asset-Backed Certificates, Series 2006-WL3** <br>                        **Movant** <br> vs. <br><br> **George May Jr** <br>                        **Debtor(s)** <br><br> **Scott F. Waterman**, <br>                        **Trustee** | BK NO. 22-10860 AMC <br><br> Chapter 13 <br><br> Related to Claim No. 4 |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Michael P. Farrington of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on March 3, 2023, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
George May Jr
8022 Lindbergh Boulevard
Philadelphia, PA 19153

Attorney for Debtor(s)
Erik B. Jensen, Esq.
Jensen Bagnato, PC, 1500 Walnut Street
Suite 1510
Philadelphia, PA 19102

Trustee
Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Method of Service:  electronic means or first class mail

Dated: March 3, 2023

                                                         **/s/Michael P. Farrington Esq.**
                                                         Michael P. Farrington Esq.
                                                         Attorney I.D. 329636
                                                         KML Law Group, P.C.
                                                         BNY Mellon Independence Center
                                                         701 Market Street, Suite 5000
                                                         Philadelphia, PA 19106
                                                         (215) 825-6488
                                                         mfarrington@kmllawgroup.com